UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALAN MICHAEL FRANK (#556110)           CIVIL ACTION

VERSUS

KENDRICK HARRISON, ET AL.              NO. 15-442-SDD-SCR

**RULING ON MOTION TO OBTAIN INFORMATION**
**and**
**ORDER TO PROVIDE ADDRESSES**

Before the Court is the plaintiff's Motion to Obtain Defendants' Information (R. Doc. 16).

Plaintiff seeks to compel the production of the last known addresses of defendants Kendrick Harrison and Sheena Thomas in so that these defendants may be served. The court finds that the plaintiff is entitled to the relief requested.

Accordingly, the plaintiff's motion is GRANTED.

Therefore;

IT IS ORDERED that within 14 days of the date of this Ruling and Order, any defendant who knows the current or last known address of defendants Kendrick Harrison or Sheena Thomas shall file the addresses UNDER SEAL.

IT IS FURTHER ORDERED that, upon the filing of the last known addresses of defendants Kendrick Harrison or Sheena Thomas, the Clerk shall issue summons, and the U.S. Marshal's Office shall serve defendants Kendrick Harrison and Sheena Thomas with the summons and the Complaint (R. Doc. 1) at the address provided.

IT IS FURTHER ORDERED that, upon the conclusion of proceedings in this case, the Clerk of Court shall destroy the document(s)

filed under seal containing the last known address of defendants Kendrick Harrison and Sheena Thomas.

Baton Rouge, Louisiana, December 21, 2015.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE