UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALAN MICHAEL FRANK (#556110)

VERSUS

KENDRICK HARRISON, ET AL.

CIVIL ACTION

NO. 15-442-SDD-EWD

### RULING

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Erin Wilder-Doomes dated June 30, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the Court declines to exercise of supplemental jurisdiction over Plaintiff's potential state law claims. Further, the Motions to Dismiss of Defendants Hal MacMurdo, Michael Vaughn and Sheena Thomas[1] are granted, dismissing Plaintiff's claims asserted against these Defendants, with prejudice, for failure to state a claim upon which relief may be granted and this matter is referred back to the Magistrate Judge for further proceedings in connection with Plaintiff's claim asserted against Defendant Kendrick Harrison.

Baton Rouge, Louisiana, August  /0  , 2016.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. docs. 14 and 35.