UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALAN MICHAEL FRANK (#556110)

CIVIL ACTION

VERSUS

15-442-SDD-EWD

KENDRICK HARRISION, ET AL.

### RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated April 17, 2017. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the above-captioned proceeding shall be dismissed, without prejudice, for failure to timely effect service upon Defendant Kendrick Harrison pursuant to Fed. R. Civ. P. 4(m).

Baton Rouge, Louisiana the 24 day of July, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 44.
[3] Rec. Doc. 45.